UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA JET VENTURES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EXCELAIRE LLC, <br><br> Defendant. | Case No. 2:25-cv-07683-SB-PD <br><br> ORDER TO SHOW CAUSE RE SUBJECT-MATTER JURISDICTION |

      Plaintiff Nevada Jet Ventures, LLC filed this action alleging only state-law claims on August 15, 2025.  Federal courts have subject-matter jurisdiction only over matters authorized by the Constitution and Congress.  *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994).  This Court has a duty to assess whether federal subject-matter jurisdiction exists and may consider the issue sua sponte at any stage of the proceedings.  *Allstate Ins. Co. v. Hughes*, 358 F.3d 1089, 1093 (9th Cir. 2004); *see also Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999) (recognizing that "Article III generally requires a federal court to satisfy itself of its jurisdiction over the subject matter before it considers the merits of a case").

      The sole basis asserted for federal jurisdiction is diversity.  A federal district court has original jurisdiction over a civil action when there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.  28 U.S.C. § 1332(a).  Complete diversity means that each of the plaintiffs must be a citizen of a different state than each of the defendants.  *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996).

      Plaintiff alleges the state of incorporation principal place of business for both parties.  Dkt. No. 1 ¶¶ 6–7.  But Plaintiff and Defendant are both limited liability companies, and the citizenship of a limited liability company is

determined by the citizenship of each of its members. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

  As the party invoking federal jurisdiction, Plaintiff has the burden of showing that diversity is complete by alleging the identity and citizenship of all members of Plaintiff and Defendant (tracing through as many layers as may be necessary). Accordingly, Plaintiff is ORDERED to show, in writing, by no later than September 5, 2025, why the Court has jurisdiction over this case by demonstrating complete diversity of citizenship between the parties. *Failure to timely comply will result in dismissal without prejudice for lack of subject-matter jurisdiction.*

Date: August 27, 2025

                Stanley Blumenfeld, Jr.
                United States District Judge