JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA JET VENTURES, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>EXCELAIRE LLC,<br><br>  Defendant. | Case No. 2:25-cv-07683-SB-PD<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this day, Plaintiff's claims are dismissed without prejudice for lack of subject-matter jurisdiction.

This is a final judgment.

Date: September 11, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1